

FILE COPY

RE: Case No. 15-0944                    DATE: 12/10/2015
   COA #: 12-15-0062-CV    TC#: C0824736
STYLE: IN THE INTEREST OF T.J.H., W.D.H., AND L.D.L.,
CHILDREN
   v.


   Today the Supreme Court of Texas received and
filed a motion for extension of time to file petition
for review pursuant to Rule 53.7(f) in the above
numbered and styled case.